IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Omolola E | Case Number: 06 B 01171 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 5/27/08 | Filed: 2/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 14, 2008
Confirmed: May 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 30,521.50 | |
| Secured: | | 22,836.11 |
| Unsecured: | | 2,419.99 |
| Priority: | | 0.00 |
| Administrative: | | 3,667.50 |
| Trustee Fee: | | 1,597.90 |
| Other Funds: | | 0.00 |
| Totals: | 30,521.50 | 30,521.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 3,667.50 | 3,667.50 |
| 2. | AmTrust Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial | Secured | 10,901.90 | 10,901.90 |
| 4. | 65th At University Condominim Assoc. | Secured | 1,117.78 | 1,117.78 |
| 5. | AmTrust Bank | Secured | 33,070.03 | 10,816.43 |
| 6. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 7. | University Of Chicago Physicians | Unsecured | 1,461.90 | 94.59 |
| 8. | State Farm Insurance Co | Unsecured | 17,896.68 | 1,158.01 |
| 9. | Resurgent Capital Services | Unsecured | 1,149.81 | 74.40 |
| 10. | Peoples Energy Corp | Unsecured | 2,213.04 | 143.20 |
| 11. | Wells Fargo Financial | Unsecured | 14,678.69 | 949.79 |
| 12. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | CBA | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | The Bureau Inc | Unsecured | | No Claim Filed |
| 17. | The Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 86,157.33 | $ 28,923.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 206.25 |
| 5% | 67.50 |
| 4.8% | 388.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Omolola E | Case Number:  06 B 01171 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/27/08 | Filed:  2/10/06 |

                                              5.4%                      935.35
                                                                   _____
                                                               $ 1,597.90

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _____